ORIGINAL

**FILED**

08/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0392

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0392

RYAN SCOTT BROADBROOKS,

Petitioner,

v.

FILED

AUG 1 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

SHERIFF LEO DUTTON,
LEWIS AND CLARK COUNTY
DETENTION CENTER, and
LYNN GUYER, WARDEN,
MONTANA STATE PRISON,

Respondents.

O R D E R

In a Petition for a Writ of Habeas Corpus, Ryan Scott Broadbrooks contends that his incarceration and sentence are illegal because of alleged irregularities with his arrest, a search, and his resulting criminal case in the Yellowstone County District Court. Broadbrooks has also filed an affidavit requesting appointment of appellate counsel. He states that he was not given a *Miranda* warning and that he only consented to a search in exchange for not being charged with possession. He claims that his "rights were completely violated in this case." Broadbrooks states that he "was inducted into drug court by [his] sentencing judge, and terminated before ever getting a chance to attend." Challenging his plea, he states that he wanted a jury trial but that he "was forced into this deal." Broadbrooks requests various forms of relief, including: immediate release from prison; reduction of his sentence; or at the very least, reduction of the offense to a misdemeanor. He further requests that he be released "pending this investigation."

We amend the caption to include the Sheriff's name of the Lewis and Clark County Detention Center where Broadbrooks is being held, pending his transport to the Montana State Prison. Section 46-22-201(1)(c), MCA.

Available electronic records indicate that on June 9, 2020, the District Court committed Broadbrooks to a three-year term upon revocation of his original sentence for the 2016 offense of felony criminal possession of dangerous drugs.

This Court does not conduct investigations. Neither does the Court develop or advance a petitioner's arguments. Broadbrooks was required to set forth in his petition facts making it appropriate for this Court to accept jurisdiction, the particular legal issues to be considered, and "[t]o the extent they exist, . . . a copy of each judgment, order, notice, pleading, document proceeding, or court minute referred to in the petition or which is necessary to make out a prima facie case or to substantiate the petition or conclusion or legal effect." Here, Broadbrooks only mentions the Judge's name, the District Court, and provides limited information about his various criminal sentences. Broadbrooks has not provided any background or any documents to support his claims. As a Petitioner, Broadbrooks has the burden to present a prima facie case for habeas corpus relief. M. R. App. P. 14(5); *Miller v. Eleventh Judicial Dist. Ct.*, 2007 MT 58, ¶ 14, 336 Mont. 207, 254 P.3 1186. This means that Broadbrooks must present documentation and supporting arguments about why his sentence is illegal. Broadbrooks has failed to do so.

Furthermore, many of Broadbrooks's claims are not appropriate for a petition for a writ of habeas corpus. Any challenge to his arrest, plea, or conviction should have been raised in an appeal. "'[A] defendant waives the right to appeal all nonjurisdictional defects upon voluntarily and knowingly entering a guilty plea, including claims of constitutional violations which may have occurred prior to the plea.'" *State v. Pavey*, 2010 MT 104, ¶ 11, 356 Mont. 248, 231 P.3d 1104 (quoting *State v. Violette*, 2009 MT 19, ¶ 16, 349 Mont. 81, 201 P.3d 804).

Finally, Broadbrooks is not entitled to habeas corpus relief because he is precluded from challenging his recent sentence upon revocation. Section 46-22-101(2), MCA. Accordingly,

IT IS ORDERED that Broadbrooks's Petition for a Writ of Habeas Corpus is DENIED and that his accompanying request for counsel is DENIED as moot.

The Clerk is directed to provide a copy of this Order to counsel of record; to Sheriff Leo Dutton, Lewis and Clark County; and to Ryan Scott Broadbrooks personally.

DATED this 18 day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

3